<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1634**
_____

In Re:   HARRY SHAROD JAMES,

                Petitioner.

_____

On Petition for Writ of Mandamus.
(5:14-hc-02105-F)

_____

Submitted:  November 21, 2014     Decided:  December 17, 2014

_____

Before KEENAN and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Harry Sharod James, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry Sharod James, a North Carolina prisoner, petitions for a writ of mandamus seeking an order directing the district court to transfer his recently filed habeas petition to the Mecklenburg County Superior Court.[*] We conclude that James is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by James is not available by way of mandamus.

Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal

---

[*] While James' habeas petition was initially filed in the Eastern District of North Carolina, it has since been transferred to the Western District of North Carolina. James has filed a supplement stating that he objects to the jurisdiction of the Western District of North Carolina as well.

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED
